IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMBER WALLACE                                                                                         PLAINTIFF

V.                                       NO. 4:22-cv-785-LPR-ERE

DOES                                                                                                  DEFENDANTS

## RECOMMENDED DISPOSITION

### I. Procedure for Filing Objections

This Recommendation for the dismissal of Ms. Wallace's claims has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Rudofsky may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II. Discussion

Patricia Jimenz, an inmate at the Yell County Jail, ("County Jail"), filed this civil rights lawsuit *pro se* on behalf of herself and five other inmates, including Plaintiff Amber Wallace under 42 U.S.C. § 1983. *Doc. 1*. Pursuant to Court policy, the Court opened six different lawsuits, including this one for Ms. Wallace.

With the initial filing, Ms. Wallace failed to provide a completed application for leave to proceed *in forma pauperis* (IFP), including a jail account information sheet signed by an authorized official; nor did she pay a filing fee. Accordingly, on September 1, 2022, the Court directed the Clerk of Court to send Ms. Wallace an IFP application and ordered her to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $402.00 filing fee. *Doc. 2*. The Court's Order specifically warned Ms. Wallace that her failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Ms. Wallace has not addressed the filing-fee requirement, and the time to do so has passed.

### III.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Ms. Wallace's claims be DISMISSED, without prejudice, based on her failure to: (a) comply with the Court's September 1, 2022 Order; (b) submit a completed IFP form or pay the filing fee; and (c) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated this 3rd day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE